```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01436
   TIMOTHY A CHEAURE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-3639

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/23/08 .

   2.  The case was dismissed without confirmation, 03/14/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00           .00           .00
PRINCIPAL PAID         .00          .00          .00           .00           .00
INTEREST PAID          .00          .00          .00           .00           .00
TOTAL PAID             .00          .00          .00           .00           .00
The Debtor's attorney, ERIC G ZELAZNY & ASSOC         , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 06/25/08           /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 01436 TIMOTHY A CHEAURE
```